AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

PAUL BABIAK,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-CV-00197-PMP-RAM**

STATE OF NEVADA, ex rel.,
ITS DEPARTMENT OF TAXATION, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Document #10) is GRANTED. Judgment is in favor of Defendants and against Plaintiff.

   May 23, 2008                                  **LANCE S. WILSON**
                                                          Clerk

                                                  /s/ Katie Lynn Ogden
                                                    Deputy Clerk